**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00366-CV

**ROBERT HOFFMAN, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 11-05446**

## ORDER

We **GRANT** the April 29, 2014 motion of Marissa Elliott, Certified Shorthand Reporter,

for an extension of time to file the reporter's record. We **ORDER** the reporter's record filed on

or before **May 19, 2014**. We **DIRECT** the Clerk of this Court to send a copy of this order by

electronic transmission to Marissa Elliott, Vielica Dobbins, Official Court Reporter for the 134th

Judicial District Court of Dallas County, Texas, and all counsel of record.

/s/     ADA BROWN
          JUSTICE